# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PRESTON G. DEMOUCHETTE, JR.

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO. 2019 CW 1003

OCT 2 8 2019

---

In Re:   Preston G. Demouchette, Jr., applying for supervisory
         writs, 19th Judicial District Court, Parish of East
         Baton Rouge, No. unknown.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT NOT CONSIDERED.** This court lacks jurisdiction to
consider evidence not first presented to the trial court. **Tour
Holdings v. Larre,** 2018-0503 (La. App. 1st Cir. 12/6/18), 267
So.3d 735, 738.

                    **TMH**
                    **AHP**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT